# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0098.  KAYLEE YATES v. SUSAN YATES.**

Susan Yates filed a petition for emergency relief and custody of her grandchild. The superior court awarded Susan primary physical custody and awarded Kaylee Yates, the child's mother, visitation. Kaylee filed a motion for new trial, which the trial court denied. Kaylee then filed this timely application for discretionary review.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody[.]" Thus, the superior court's custody order is directly appealable. This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j); see also OCGA § 5-6-35 (d) (providing that a timely-filed motion for new trial extends the time to file an application for discretionary review). Accordingly, this application is hereby GRANTED. Kaylee shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If Kaylee already has filed a notice of appeal in the superior court, then she need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/28/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*